UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GREGORY DRUMM and MICHELLE DRUMM,

                Plaintiffs,

-against-

TRAVELERS COMMERICAL INSURANCE COMPANY,

                Defendant.

**STIPULATION OF DISMISSAL**
Civil Action No. 5:23-CV-550 (FJS/TWD)

---

    **WHEREAS** no party to this stipulation is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of this action.

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that all claims brought by the plaintiff against the defendants are discontinued with prejudice, without costs or disbursements to any party as against any other;

    **IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned counsel of record that this stipulation may be filed with the Clerk of the Court without any further notice;

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned counsel of record that this stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same stipulation.

Dated: November 17, 2023

| | |
|---|---|
| *[signature]*<br>Martin A. Lynn, Esq.<br>LYNN LAW FIRM, LLP<br>Attorneys for Plaintiffs<br>333 W. Washington St., Suite 100<br>Syracuse, NY 13202<br>Ph: 315-474-1267<br>Email: mlynn@lynnlaw.com | /s/ Alexander J. Douglas<br>Alexander J. Douglas, Esq.<br>KENNEY SHELTON LIPTAK NOWAK LLP<br>Attorneys for Defendant<br>The Powers Building<br>16 West Main Street, Suite 236<br>Rochester, NY 14614<br>Ph: 585-232-1911<br>Email: ajdouglas@kslnlaw.com |

IT IS SO ORDERED:

*[signature]*
Frederick J. Scullin, Jr.
Senior United States District Judge

Dated: December 28, 2023